*In re* **Riley,** Michael Anthony (MR 17202)
Peoria, Illinois

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Michael Anthony Riley is suspended from the practice of law for two (2) years and until further order of the court.